In the Matter of the Arbitration between WM. PENN FIRE INSURANCE CO., Appellant, and COMPANHIA DE SEGUROS A MUNDIAL, Respondent.

Argued April 11, 1955; decided April 28, 1955.

*Joshua Binion Cahn* for motion to dismiss appeal.
*Kenneth J. Mullane* opposed.

Motion to dismiss appeal granted and appeal dismissed upon the ground that no substantial constitutional question is directly involved.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.

Motion for stay denied.